IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

ERIKON L.L.C.,

    Plaintiff,

v.

CARIBBEAN MANAGEMENT GROUP, INC., DAVID H. WISHINSKY KERR, REYNALDO VICENTY, CARIBBEAN SEASIDE HEIGHTS, PROPERTIES, INC., ABC INSURANCE, INC., JOHN DOE,

    Defendants.

CIV. NO.: 18-1519 (SCC)

## JUDGMENT STAYING CASE

In view of the Joint Motion filed at Docket No. 139, this case is hereby stayed pending the submission of the final Settlement Agreement on or before April 24, 2023. Accordingly, this case will be administratively closed for statistical purposes and shall be reponed once the final Settlement Agreement is filed.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24th day of March 2023.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE